*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

REBECCA KASPRYK,

      Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION, LLC,
TERRY PFAFF, THOMAS KENDRICK, WADE
FINNEY, JOE ROCKEL, DREW VARGO, and
CHRIS TEGAN,

      Defendants-Appellees.

UNPUBLISHED
May 26, 2022

No. 356795
Wayne Circuit Court
LC No. 20-005543-CD

Before: GLEICHER, C.J., and K. F. KELLY and PATEL, JJ.

K. F. KELLY, J. (*concurring in part and dissenting in part*).

I respectfully dissent from the majority's holding that plaintiff's complaint was sufficiently pleaded to state claims for relief. See MCR 2.111(B)(1) (the complaint must include "[a] statement of the facts, without repetition, on which the pleader relies in stating the cause of action, with the specific allegations necessary reasonably to inform the adverse party of the nature of the claims the adverse party is called on to defend."). However, I concur with the majority that the trial court abused its discretion when it denied plaintiff's motion to amend her complaint. See MCR 2.118(A)(2) (leave to amend "shall be freely given when justice so requires."). Accordingly, I would reverse the portion of the trial court's order denying plaintiff's motion to amend and remand to allow plaintiff the opportunity to cure the defects in her complaint.

                                      /s/ Kirsten Frank Kelly

-1-